Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Maria N. Jacob
Assistant Federal Public Defender
District of Columbia Bar No. 1031486
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maria_Jacob@fd.org

*Attorney for Petitioner Vicente Calvillo Chavez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Vicente Calvillo Chavez,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-03457-RFB-DJA

**Unopposed Motion to Extend Time to File Traverse or Amended 28 U.S.C. § 2241 Petition**

Petitioner Vicente Calvillo Chavez, through counsel, respectfully requests an extension of time of 7 days to file a traverse or an amended petition.

Petitioner Calvillo Chavez was removed from the District of Nevada, pursuant to an expedited order of removal, on October 20, 2026, which was prior to this Court's appointment order and no transfer order. (EC No. 4). According to the USAO, he was removed from the country on October 23, 2026.[1] As such, counsel was unable to confer with Petitioner prior to his removal.

---

[1] The USAO has provided documentation indicating he was first transferred to Florence, Arizona on October 20, and then removed to Mexico on October 23, 2026.

Counsel needs additional time to determine if there are viable claims or if a notice of voluntary dismissal is appropriate.

This motion is not filed for the purpose of delay, and is in the best interests of Petitioner, would clarify the relevant record for habeas review, and serves the interest of judicial economy.

Counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion, and he stated he does not oppose the relief sought in this motion.

For these reasons, undersigned counsel respectfully requests an extension of time until November 23, 2026, to file the traverse or amended petition.

Dated: November 16, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: November 16, 2026